SLIP OPINION

Cite as 2016 Ark. 12

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered** January 14, 2016 |

## PER CURIAM

Christopher May of Fayetteville is appointed to the Board of Law Examiners for a six-year term concluding on January 13, 2022. Mr. May will be a representative of the Third Congressional District, and replaces Kirkman Dougherty whose term has concluded.

P. Luevonda Ross of Monticello is appointed to the Board of Law Examiners for a six-year term concluding on January 13, 2022. Mrs. Ross will be an at-large representative, and replaces Honorable Van Gearhart, District Court, whose term has concluded.

The Court extends its sincere appreciation to Mrs. Ross and Mr. May for accepting appointment to this important Board. The Court also expresses its gratitude to Mr. Dougherty and Judge Gearhart for their dedicated service to the Board.